```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

  SURREY CORPORATION,

                          Plaintiff,         ORDER

          - against -
                                             Civil Action No.
  ALSY MANUFACTURING, INC., et al.,          CV-90-2941 (DGT)

                          Defendants.
---------------------------------------------------------- x
```

TRAGER, J.

    On December 1, 2005, Magistrate Judge Orenstein issued a Report and Recommendation in the above-captioned matter, recommending that the court so order the parties' stipulated dismissal of the action without prejudice.  After a review of the Report and Recommendation, the Court adopts its findings in full. The Clerk of the Court is directed to enter judgment accordingly and close the case.

Dated:    Brooklyn, New York
           December 6, 2005

                                              SO ORDERED:


                                                  /s/
                                            David G. Trager
                                            United States District Judge