UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SURREY CORPORATION,

                Plaintiff,

-against-

ALSY MANUFACTURING, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
90-CV-2941 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 12 2005 ★
BROOKLYN OFFICE

      An Order of Honorable David G. Trager, United States District Judge, having been filed on December 6, 2005, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated December 1, 2005, granting the parties' stipulated dismissal of the action without prejudice; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that the parties' stipulated dismissal of the action without prejudice is granted.

Dated: Brooklyn, New York
       December 07, 2005

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court